IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| NHI, INC., f/n/a NANTICOKE HOMES, INC., a Delaware corporation, | ) ) ) | Case No. 02-10651 (PJW) |
| Debtors. | ) | |
| | | |
| NHI, INC., | ) ) | |
| Appellant, | ) ) | |
| | ) | Civil Action No. 05-04 (SLR) |
| v. | ) ) | |
| FLEETBOSTON FINANCIAL CORPORATION, KJR MANAGEMENT, INC., ROBERT RIESNER and WARING S. JUSTIS, JR., | ) ) ) | |
| Appellee. | | |

## MEDIATOR'S REPORT

The undersigned mediator, David B. Stratton, reports on the progress of the mediation as follows:

1. The parties participated in a mediation session on March 14, 2005 and another on July 14, 2005, and actively and in good faith attempted to settle the appeal from the relevant Bankruptcy Court's ruling.

2. The mediator and the parties further continued settlement discussions thereafter.

3. Settlement discussions have reached an impasse and the parties wish to proceed with the appeal.

WL: #174652 v1 (3QRG01!.DOC)

-2-

Dated: August 23, 2005                                  MEDIATOR

*[signature]*

David B. Stratton (Del Bar ID 960)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500