-3-

## CERTIFICATE OF SERVICE

I, David B. Stratton, hereby certify that on August 24, 2005 a true and correct copy of the foregoing Mediator's Report was served via First Class Mail, postage pre-paid, upon the following:

Stephen W. Spence, Esq.
Phillips Goldman & Spence P.A.
1200 North Broom Street
Wilmington, DE 19806
*Counsel for Debtors/Appellee*

Scot R. Withers, Esq.
Lamb McErlane PC
24 E. Market Street
P.O. Box 565
West Chester, PA 19381-0565
*Counsel for Debtors/Appellee*

Stuart M. Brown, Esq.
Denise S. Kraft, Esq.
Edwards & Angell LLP
919 N. Market Street, 14th Flr.
Wilmington, DE 19801
*Counsel for Fleet Boston Financial Corporation, KMR Management, Inc., Robert Riesner and Waring S. Justis, Jr.*

Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE 19801

/s/ David B. Stratton
David B. Stratton