IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NHI, INC., f/n/a NANTICOKE<br>HOME, INC., a Delaware Corp.,<br><br>　　　　Debtor. | ) Chapter 11<br>) Bk. No. 02-10651(PJW)<br>)<br>)<br>) |
| NHI, INC.,<br><br>　　　　Appellant,<br><br>　　v.<br><br>FLEETBOSTON FINANCIAL<br>CORPORATION, KJR MANAGEMENT,<br>INC., ROBERT RIESNER, and<br>WARING S. JUSTIS, JR.,<br><br>　　　　Appellees. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 05-004-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 9th day of September, 2005, having received notice that the parties were unable to resolve their differences through mediation (D.I. 5);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of its appeal is due on or before **October 11, 2005.**

2. Appellee's brief in opposition to the appeal is due on or before **November 10, 2005.**

      3.   Appellant's reply brief is due on or before December 9, 2005.

                                                                 _____
                                                                    United States District Judge