IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NHI, INC., f/n/a NANTICOKE | ) | Bk. No. 02-10651(PJW) |
| HOME, INC., a Delaware Corp., | ) | |
| | ) | |
| Debtor. | ) | |
| | | |
| FLEETBOSTON FINANCIAL | ) | |
| CORPORATION, KMR MANAGEMENT, | ) | |
| INC., ROBERT RIENSER, and | ) | |
| WARING S. JUSTIS, JR., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-004-SLR |
| | ) | |
| NHI, INC., | ) | |
| | ) | |
| Appellee.* | ) | |

AMENDED ORDER*

At Wilmington this 13th day of September, 2005, having received notice that the parties were unable to resolve their differences through mediation (D.I. 5);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of its appeal is due on or before **October 11, 2005.**

2. Appellee's brief in opposition to the appeal is due on or before **November 10, 2005.**

3. Appellants' reply brief is due on or before December 9, 2005.

_____
United States District Judge