IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NHI, INC., f/n/a NANTICOKE | ) | Bankruptcy Case No. 02-10651 (PJW) |
| HOME, INC., a Delaware Corp., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| NHI, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vi. | ) | |
| | ) | |
| FLEETBOSTON FINANCIAL | ) | |
| CORPORATION, KMR MANAGEMENT, | ) | Adversary No. 04-52879 |
| INC., ROBERT RIESNER, and | ) | |
| WARING S. JUSTIS, JR., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| FLEETBOSTON FINANCIAL | ) | |
| CORPORATION, KMR MANAGEMENT, | ) | Civil Action No. 05-004 (SLR) |
| INC., ROBERT RIESNER, and | ) | |
| WARING S. JUSTIS, JR., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| vi. | ) | |
| | ) | |
| NHI, INC., | ) | |
| | ) | |
| Appellee. | ) | |

| | |
|---|---|
| FLEETBOSTON FINANCIAL CORPORATION, KMR MANAGEMENT, INC., ROBERT RIESNER, and WARING S. JUSTIS, JR.,<br><br>        Appellants,<br><br>     vi.<br><br>NHI, INC.,<br><br>        Appellee. | Civil Action No. 05-659 (SLR) |

## ORDER

Upon consideration of the Motion of Appellants FleetBoston Financial Corporation, KMR Management, Inc., Robert Riesner and Waring S. Justis, Jr. (collectively, "Appellants") and having considered the memorandum of law in support thereof, it is hereby:

**ORDERED AND ADJUDGED** that the Motion to Consolidate Appeals is granted and Civil Action No. 05-004 (SLR) is hereby consolidated into Civil Action No. 05-659 (SLR).

Dated: _____, 2005

                                                            _____
Honorable Sue L. Robinson
United States District Judge

_502573_1/