IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLEETBOSTON FINANCIAL CORPORATION, KMR MANAGEMENT, INC., ROBERT REISNER and WARING JUSTIS, JR., : : : : : | Civil Action No. 05-004 (SLR) |
| Appellants : : | |
| v. : : | |
| NHI, INC., : : | |
| Appellee : | |

**MOTION FOR AN EXTENSION OF TIME TO FILE
THE BRIEF OF THE APPELLEE, NHI, INC., IN OPPOSITION TO THE APPEAL**

Appellant, NHI Inc., hereby requests that this Honorable Court grant a two (2) day extension of time in which to file the Brief of the Appellee in Opposition to the Appeal, and in support thereof avers as follows:

1. The Brief of the Appellee in Opposition to the Appeal in the above captioned appeal is due November 14, 2005.

2. Appellee has been working diligently on preparing the Brief in this matter and addressing the unique legal issues raised by Appellants in this appeal; however, Appellee requires additional time in order to complete the Brief of the Appellee in Opposition to the Appeal.

3. Accordingly, Appellee respectfully requests that this Court grant a two (2) day extension of time in which to file the Brief of the Appellee in Opposition to the Appeal.

4. This is the first extension of time sought by Appellee in this appeal.

5.   On the afternoon of November 14, 2005, Counsel for Appellee attempted to contact Denise Seastone Kraft, Counsel for Appellants, but was unable to reach her directly—instead, Counsel for Appellee left a voicemail message for Ms. Kraft inquiring whether Appellants would agree to a short extension of time in which to file the Brief of the Appellee in Opposition to Appeal.

6.   Appellees respectfully submit that granting the instant Motion for Extension of Time to File the Brief of the Appellee in Opposition to Appeal and allowing the Appellee an additional two (2) days to file its Brief would not cause prejudice to Appellants, and would not cause inordinate delay to this Honorable Court or delay oral argument in this matter.

WHEREFORE, Appellee, NHI, Inc., respectfully requests that this Honorable Court GRANT the within Motion for an Extension of Time to File the Brief of the Appellee in Opposition to Appeal.

Respectfully submitted,

| | |
|---|---|
| James C. Sargent, Jr.<br>PA Attorney I.D. No. 28642<br>Guy A. Donatelli<br>PA Attorney I.D. No. 44205<br>Scot R. Withers<br>PA Attorney I.D. No. 84309<br>LAMB MCERLANE PC<br>24 East Market Street<br>Post Office Box 565<br>West Chester, PA 19381-0565<br>(610) 430-8000<br>Of Counsel | /s/Stephen W. Spence<br>Stephen W. Spence, Esquire (#2033)<br>PHILLIPS GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>(302) 655-4210 (fax)<br>Counsel to NHI, Inc. |

November 14, 2005