IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FLEETBOSTON FINANCIAL CORPORATION, KMR MANAGEMENT, INC., ROBERT REISNER and WARING JUSTIS, JR., | : : : : : | Civil Action No. 05-004 (SLR) |
| Appellants | : : | |
| v. | : : : | |
| NHI, INC., | : : | |
| Appellee | : | |

## CERTIFICATE OF SERVICE

This is to certify that in this case a complete copy of all papers contained in the foregoing *Motion for an Extension of Time to File Brief of the Appellee in Opposition to the Appeal* have been served upon the following individuals, by the following means and on the dates stated below:

| Name | Means of Service | Date of Service |
|---|---|---|
| Stuart M. Brown, Esquire<br>Denise Seastone Kraft, Esquire<br>William R. Firth, III, Esquire<br>EDWARDS & ANGEL LLP<br>919 N. Market Street, 15th Floor<br>Wilmington, DE 19801 | Electronic Service<br>First Class Mail | November 14, 2005<br>November 15, 2005 |

| | |
|---|---|
| James C. Sargent, Jr.<br>PA Attorney I.D. No. 28642<br>Guy A. Donatelli<br>PA Attorney I.D. No. 44205<br>Scot R. Withers<br>PA Attorney I.D. No. 84309<br>LAMB MCERLANE PC<br>24 East Market Street<br>Post Office Box 565<br>West Chester, PA 19381-0565<br>(610) 430-8000<br>Of Counsel<br><br>November 14, 2005 | /s/Stephen W. Spence<br>Stephen W. Spence, Esquire (#2033)<br>PHILLIPS GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>(302) 655-4210 (fax)<br>Counsel to NHI, Inc. |