IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FLEETBOSTON FINANCIAL CORPORATION, KMR MANAGEMENT, INC., ROBERT RIESNER, and WARING S. JUSTIS, JR., <br><br> Appellants, <br><br> v. <br><br> NHI, INC., <br><br> Appellee. | Civil Action No. 05-004 (SLR) |

**APPELLANTS' RESPONSE TO MOTION FOR AN
EXTENSION OF TIME TO FILE THE BRIEF OF THE
APPELLEE, NHI, INC., IN OPPOSITION TO THE APPEAL**

Appellants FleetBoston Financial Corporation, KMR Management, Inc., Robert Riesner and Waring S. Justis, Jr. (collectively, "Appellants") hereby respond to the Motion for an Extension of Time to File the Brief of the Appellee, NHI, Inc., ("Appellee") in Opposition to the Appeal ("Motion").

The briefing schedule in these consolidated appeals was set by the Court pursuant to an Order entered September 13, 2005. A copy of the Order is attached hereto as Exhibit A and incorporated herein. The briefing schedule is as follows:

| | |
|---|---|
| Appellants' brief in support of its appeals | October 11, 2005 |
| Appellee's brief in opposition to the appeals | November 10, 2005 |
| Appellants' reply brief | December 9, 2005 |

The Court Order sets specific dates for briefing. October 11, 2005 fell on a legal holiday, accordingly, Appellants filed their brief on October 12, 2005. Appellee's brief was due on

November 10, 2005, not November 14, 2005 as represented in the Motion filed November 14, 2005.[1] Appellee makes another misstatement of fact: counsel for Appellee communicated with Appellants' counsel via email and did not leave any voicemail messages for either Ms. Kraft or Mr. Brown, counsel for Appellants. A copy of Mr. Donatelli's email is attached hereto as Exhibit B.

The Order contemplates a thirty (30) day reply brief by Appellants. Accordingly, Appellants request that the Order be amended to provide thirty (30) days for Appellants to file their reply after the date on which Appellee files its brief in the event the Court grants the Motion.

WHEREFORE, Appellants request that this Honorable Court enter an order in its discretion, granting such relief as the Court deems just and equitable.

Dated: November 15, 2005

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Denise S. Kraft

Stuart M. Brown, Esquire (DE No. 4050)
Denise Seastone Kraft (DE No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Tel.: 302.777.7770
Fax: 302.777.7263

*Attorneys for FleetBoston Financial Corporation,
KMR Management, Inc.,
Robert Riesner, and Waring S. Justis, Jr.*

---

[1] First, the time for Appellee to file its brief has expired. Consequently, the Motion should have been captioned as a motion for leave to late file a brief. Second, on September 27, 2005, the Court entered an Order consolidating Appellants' appeals at Civil Action Nos. 05-004(SLR) and 05-659(SLR), at Civil Action No. 05-004(SLR). The Motion was filed under Civil Action 05-659(SLR) and was not docketed under the correct Civil Action number until November 15, 2005.