# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:                          )  Chapter 11
NHI, INC., f/n/a NANTICOKE      )  Bk. No. 02-10651(PJW)
HOME, INC., a Delaware Corp.,   )
                                )
            Debtor.             )
_____
FLEETBOSTON FINANCIAL           )
CORPORATION, KMR MANAGEMENT,    )
INC., ROBERT RIENSER, and       )
WARING S. JUSTIS, JR.,          )
                                )
                                )
            Appellants,         )
                                )
    v.                          )  Civ. No. 05-004-SLR
                                )
NHI, INC.,                      )
                                )
            Appellee.*          )

**AMENDED ORDER\***

        At Wilmington this *15th* day of September, 2005, having

received notice that the parties were unable to resolve their

differences through mediation (D.I. 5);

        IT IS ORDERED that briefing on this bankruptcy appeal

shall proceed in accordance with the following schedule:

        1.  Appellants' brief in support of its appeal is due

on or before **October 11, 2005.**

        2.  Appellee's brief in opposition to the appeal is due

on or before **November 10, 2005.**

       3.  Appellants' reply brief is due on or before
December 9, 2005.

                                                  _____
                                        United States District Judge

2