# EXHIBIT B



**Guy Donatelli**
&lt;gdonatelli@chescolaw.com&gt;

11/14/2005 03:46 PM

To: "SBrown@EdwardsAngell.com" &lt;SBrown@EdwardsAngell.com&gt;, "DKraft@EdwardsAngell.com" &lt;DKraft@EdwardsAngell.com&gt;
cc:
Subject: Extension

I dialed your extensions but received only your messages so thought it would be better to try this way. We need an additional 48 hours to file our responsive brief to the District Court. We are filing a motion for this purpose. Will you consent to the additional time? Guy

The information in this electronic mail transmittal, including attachments, is attorney privileged and confidential information intended only for the use of the
individual or entity named above. If the reader or recipient of this information is
not the intended recipient, or if you believe that you have received this transmittal in error, please immediately notify the sender by return e-mail and
promptly delete this transmittal, including attachments, without reading or saving them in any manner. Any unauthorized use, dissemination, distribution or
reproduction of this transmittal or its contents is strictly prohibited and may
be unlawful. Receipt by anyone other than the intended recipient(s) shall not constitute waiver of the attorney-client or any other privilege.

In compliance with requirements imposed by U.S. Treasury Regulations, please be advised that any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for purpose of avoiding any penalties that may be imposed under Federal Tax laws.