IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FLEETBOSTON FINANCIAL CORPORATION, KMR MANAGEMENT, INC., ROBERT REISNER and WARING JUSTIS, JR., | : Civil Action No. 05-004 (SLR) |
| Appellants | : |
| v. | : |
| NHI, INC., | : |
| Appellee | : |

### CERTIFICATE OF SERVICE

This is to certify that in this case a complete copy of all papers contained in the foregoing *Answering Brief of the Appellee/Plaintiff, NHI, Inc.* have been served upon the following individuals, by the following means and on the dates stated below:

| Name | Means of Service | Date of Service |
|---|---|---|
| Stuart M. Brown, Esquire | Electronic Service | November 16, 2005 |
| Denise Seastone Kraft, Esquire | First Class Mail | November 17, 2005 |
| William R. Firth, III, Esquire | | |
| EDWARDS & ANGEL LLP | | |
| 919 N. Market Street, 15th Floor | | |
| Wilmington, DE 19801 | | |

OF COUNSEL:
James C. Sargent, Jr.,
PA Attorney I.D. No. 28642
Guy A. Donatelli
PA Attorney I.D. No. 44205
Scot R. Withers
PA Attorney I.D. No. 84309
LAMB MCERLANE PC
24 East Market Street
Post Office Box 565
West Chester, PA 19381-0565
(610) 430-8000

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
STEPHEN W. SPENCE, ESQUIRE (#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Counsel to NHI, Inc.

Date: November 16, 2005