IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NHI, INC., f/n/a NANTICOKE | ) | Bk. No. 02-10651(PJW) |
| HOME, INC., a Delaware Corp., | ) | |
| | ) | |
| Debtor. | ) | |
| | | |
| FLEETBOSTON FINANCIAL | ) | |
| CORPORATION, KMR MANAGEMENT, | ) | |
| INC., ROBERT RIENSER, and | ) | |
| WARING S. JUSTIS, JR., | ) | |
| | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-004-SLR |
| | ) | |
| NHI, INC., | ) | |
| | ) | |
| Appellee. | ) | |

O R D E R

At Wilmington this 22d day of November, 2005, having reviewed appellee's motion for extension of time and the responsive brief submitted by appellants (D.I. 17, 18);

IT IS ORDERED that said motion is granted and briefing on this bankruptcy appeal shall proceed in accordance with the following amended schedule:

1. Appellee's brief in opposition to the appeal is due on or before **November 28, 2005**.

2. Appellants' reply brief is due on or before **December 12, 2005**.

_____
United States District Judge