**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | |
| NHI, Inc., f/n/a NANTICOKE ) | Bankruptcy Case No. 02-10651 (PJW) |
| HOME, INC., a Delaware Corp., ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| NHI, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FLEETBOSTON FINANCIAL ) | |
| CORPORATION, KMR MANAGEMENT, ) | Adversary No. 04-52879 |
| INC., ROBERT RIESNER and ) | |
| WARING S. JUSTIS, JR., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| FLEETBOSTON FINANCIAL ) | |
| CORPORATION, KMR MANAGEMENT, ) | Civil Action No. 05-004 (SLR) |
| INC., ROBERT RIESNER, and ) | |
| WARING S. JUSTIS, JR., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | |
| ) | |
| NHI, INC., ) | |
| ) | |
| Appellee. ) | |
| ) | |

FLEETBOSTON FINANCIAL )
CORPORATION, KMR MANAGEMENT, )
INC., ROBERT RIESNER, and )
WARING S. JUSTIS, JR., )
 )
   Appellants, )
 )
  v. )   Civil Action No. 05-659 (SLR)
 )
NHI, INC., )
 )
   Appellee. )
_____ )

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK:

It is hereby stipulated and agreed by and between counsel of record for the parties herein that all appeals filed under Civil Action No. 05-004 (SLR) and Civil Action No. 05-659 (SLR) in this consolidated matter be dismissed with prejudice, and that the above-captioned matters be dismissed with prejudice.

PHILLIPS, GOLDMAN & SPENCE P.A.

_____
Stephen W. Spence
1200 N. Broom Street
Wilmington, DE 19806
Phone: 302-655-4200
Fax: 302-655-4210

EDWARDS ANGELL PALMER & DODGE LLP

_____
Denise Seastone Kraft
919 N. Market St.
Suite 1500
Wilmington, DE 19801
Phone: 302-425-7106
Fax: 888-325-9741

WLM_506613_1/DKRAFT