## CERTIFICATE OF SERVICE

  I, Denise Seastone Kraft, certify that on this 20th day of October, 2006, I caused true and correct copies of the **Stipulation of Dismissal With Prejudice** to be served on the attached Service List via hand delivery upon local parties and via United States first class mail upon out of state parties.

               _/s/ Denise S. Kraft_
               Denise Seastone Kraft (No. 2778)

## 2002 SERVICE LIST

| | |
|---|---|
| William Harrington, Esquire<br>Office of the U.S. Trustee<br>844 King Street, Suite 2313,<br>Lockbox 35<br>Wilmington, DE 19801-3519 | Neal J. Levitsky, Esquire<br>Agostini Levitsky Isaacs & Kulesza<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801 |
| James M. Smith, Esquire<br>Eric S. Schuster, Esquire<br>William L. Hallam, Esquire<br>Gebhardt & Smith, LLP<br>The World Trade Center, 9th Floor<br>Baltimore, MD 21202 | James C. Sargent, Jr., Esquire<br>Law Offices of Lamb McErlane PC<br>24 East Market Street<br>Box 565<br>West Chester, PA 19381-0565 |
| Securities & Exchange Commission<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20020 | Securities & Exchange Commission<br>Atlanta Regional Office<br>Branch/Reorganization<br>3475 Lenox Road, NE, Suite 100<br>Atlanta, GA 30326-1232 |
| Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE 19903 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 |
| Bonnie Lyn Goff<br>Randy Wilson & Sons Masonry<br>10256 Shawnee Road<br>Greenwood, DE 19950 | Elihu Ezekiel Allinson, III, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| John J. Klusman, Esq.<br>B. Wilson Redfearn, Equire<br>Tybout, Redfearn & Pell<br>300 Delaware Avenue, 11th Floor<br>P. O. Box 2092<br>Wilmington, DE 19899 | Morton R. Branzburg, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers<br>260 S. Broad Street<br>Philadelphia, PA 19102-5003 |

| | |
|---|---|
| Steven K. Kortanek, Esquire<br>Klehr Harrison Harvey<br>    Branzburg & Ellers LLP<br>919 North Market Street, Suite 1000<br>Wilmington, DE 19801 | Kevin J. Kiely, Esquire<br>Morrison & Kiely<br>11 School Street<br>Rockport, MA 01966 |
| Mitchell J. Cornwell, Esquire<br>Campen & Walsworth<br>9 Federal Street<br>P. O. Box 90<br>Easton, MD 21601 | Quality Roofing Supply Co., Inc.<br>Attn: Nancy Brautigan, Credit Manager<br>737 Flory Mill Road<br>Lancaster, PA 17601-2733 |
| Stephen P. Doughty, Esquire<br>Lyons, Doughty & Veldhuis, PC<br>15 Ashley PL, Suite 1B<br>Wilmington, DE 19804-1397 | Elwyn Evans, Jr., Esquire<br>1502 N. French Street<br>P. O. Box 1037<br>Wilmington, DE 19899 |
| State of Maryland Dept. of Labor,<br>Licensing and Regulation (DLLR)<br>Unemployment Insurance Contribution Div.<br>Litigation and Prosecution Unit<br>1100 Nourt Eutaw Street, Rm 400<br>Baltimore, MD 21201 | Sussex County Finance Department<br>Treasury Division<br>Attn: Joyce Lord, Director<br>2 The Circle<br>PO Box 429<br>Georgetown, DE 19947 |
| Steven M. Sakamoto-Wengel, Esquire<br>John Nethercut, Esquire<br>Jeston Hamer, Jr., Esquire<br>Office of the Attorney General of Maryland<br>Consumer Protection Division<br>200 St. Paul Place, 16th Floor<br>Baltimore, MD 21202 | Paul G. Summers<br>Office of the Attorney General<br>Bankruptcy and Collection Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Carol E. Momjian, Esquire<br>Office of Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA 19107-3603 | W. Christopher Componovo, Esquire<br>Weik, Nitsche Dougherty & Componovo<br>1300 North Grant Avenue, Suite 101<br>Wilmington, DE 19806 |

| | |
|---|---|
| Deborah C. Sellis, Esquire<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>P.O. Box 410<br>Wilmington, DE 19899 | Andrea G. Green, Esq.<br>Eric M. Doroshow, Esq.<br>Doroshow, Pasquale, Krawitz, Siegel & Bhaya<br>P. O. Box 1428<br>Dover, DE 19903 |
| Barbara Gadbois<br>Deputy Attorney General<br>Delaware Division of Revenue<br>820 N. French Street<br>8th Floor<br>Wilmington, DE 19801 | Comptroller of Maryland<br>Compliance Division - Claim B<br>301 West Preston Street<br>Baltimore, MD 21201-2383 |
| Richard H. Cross, Jr., Esquire<br>Law Office of Richard H. Cross, Jr., LLC<br>P. O. Box 1380<br>Wilmington, DE 19899-1380 | Ronald Smith, Esquire<br>R. Brandon Jones, Esquire<br>Hudson, Jones, Jaywork & Fisher<br>225 South State Street<br>Dover, DE 19901 |
| Elwood T. Eveland, Jr., Esquire<br>Haase & Eveland<br>824 N. Market Street, Suite 112<br>Wilmington, DE 19801-4939 | David N. Rutt, Esquire<br>Moore & Rutt, P.A.<br>122 West Market Street<br>P.O. Box 554<br>Georgetown, DE 19947 |
| CIT the Group Equipment Financing<br>35 Highland Road<br>Bethel Park, PA 15102 | Henry C. Davis Law Office<br>303 N. Bedford Street<br>Georgetown, DE 19947-1151 |
| Euler Hermes ACI<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117 | Margaret M. Manning, Esquire<br>Buchanan Ingersoll PC<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801 |

3

| | |
|---|---|
| Scott J. Good, Esquire<br>Buchanan Ingersoll PC<br>700 Alexander Park, Suite 300<br>Princeton, NJ 08540-6347 | Eugene M. Lawson, Jr., Esq.<br>Fletcher, Heald & Hildreth, PLC<br>1300 N. 17th Street, 11th Floor<br>Arlington, VA 22209 |
| John M. Mervine, Jr.<br>NHI, Inc.<br>P.O. Box 400<br>Greenwood, DE 19950 | Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |
| Mr. and Mrs. John M. Mervine, Sr.<br>28452 Waterview Drive<br>Easton, MD 21601-8383 | Mr. William H. Mervine, III<br>10 Wingate North Court<br>Wyoming, DE 19934 |
| Mr. and Mrs. John Mervine, Sr.<br>8085 Peter Court<br>Brooksville, FL 34601 | Mr. Gregory O. Mervine<br>10129 Summerlin Way<br>Fishers, IN 46038 |
| Brian A. Sullivan, Esquire<br>Werb & Sullivan<br>300 Delaware Avenue, 13th Floor<br>P.O. Box 25046<br>Wilmington, Delaware 19899 | Stephen W. Spence<br>Phillips Goldman & Spence P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806 |